**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CAPITAL SECURITY SYSTEMS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>NCR CORPORATION, SUNTRUST BANKS, INC. AND ITS SUBSIDIARY, SUNTRUST BANK,<br><br>    Defendants,<br>_____<br><br>NCR CORPORATION, SUNTRUST BANKS, INC. AND ITS SUBSIDIARY, SUNTRUST BANK,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>CAPITAL SECURITY SYSTEMS, INC.<br><br>    Counter-Defendant. | CIVIL ACTION NO. 1:14-cv-1516-WSD<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

COME NOW, Capital Security Systems, Inc. ("Plaintiff") and NCR

Corporation, SunTrust Banks, Inc. and SunTrust Bank ("Defendants") by and

1

through their undersigned counsel, and hereby move this Court for entry of the attached Stipulated Protective Order.

This 13th day of August, 2014.

            Respectfully submitted,

By: /s/ Steven G. Hill
   Steven G. Hill
   Georgia Bar No. 354658
   John L. North
   Georgia Bar No. 545580
   Jennifer L. Calvert
   Georgia Bar No. 587191
   **HILL, KERTSCHER & WHARTON, LLP**
   3350 Riverwood Parkway, Suite 800
   Atlanta, Georgia 30339
   Tel: (770) 953-0995
   Fax: (770) 953-1358
   E-mail: sgh@hkw-law.com
        jln@hkw-law.com
        jc@hkw-law.com

   *Of Counsel:*
   Ed Goldstein
   **GOLDSTEIN LAW PLLC**
   710 N. Post Oak, Suite 350
   Houston, TX 77024
   Tel: (713) 877-1515

   *Attorneys for Plaintiff and Counterclaim Defendant*

By: /s/ Stephen E. Baskin
   Stephen E. Baskin (*pro hac vice*)
   DC Bar No. 456015

sbaskin@mayerbrown.com
Dara M. Kurlancheek (*pro hac vice*)
NY Bar No. 4701181
dkurlancheek@mayerbrown.com
Michael L. Lindinger (*pro hac vice*)
IL Bar No. 6293232
mlindinger@mayerbrown.com
**MAYER BROWN LLP**
1999 K Street, NW
Washington DC, 20006
Tel: (202) 263-3364
Fax: (202) 263-5365

Cliff A. Maier (pro hac vice)
CA Bar No. 248858
cmaier@mayerbrown.com
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Tel: (650) 331-2000
Fax: (650) 331-2060

Jeremy U. Littlefield
GA Bar No. 141539
jlittlefield@robbinsfirm.com
Rachel F. Gage
GA Bar No. 547982
rgage@robbinsfirm.com
**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**
999 Peachtree Street NE, Suite 1120
Atlanta, GA 30309-3996
Tel: (678) 701-9381
Fax: (404) 856-3250

***Attorneys for Defendants and Counterclaim Plaintiffs***

## CERTIFICATE UNDER L.R. 7.1.D

Pursuant to Northern District of Georgia Local Rule 7.1.D, the undersigned counsel for Plaintiff hereby certifies that the above and foregoing is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1.B.

So certified this 13th day of August, 2014.

                                                Respectfully submitted,

By:   /s/ Steven G. Hill
       Steven G. Hill
       Georgia Bar No. 354658

*Attorney for Plaintiff and Counterclaim Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CAPITAL SECURITY SYSTEMS, INC. <br><br> Plaintiff, <br> v. <br><br> NCR CORPORATION, SUNTRUST BANKS, INC. AND ITS SUBSIDIARY, SUNTRUST BANK, <br><br> Defendants, <br> _____ <br><br> NCR CORPORATION, SUNTRUST BANKS, INC. AND ITS SUBSIDIARY, SUNTRUST BANK, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> CAPITAL SECURITY SYSTEMS, INC. <br><br> Counter-Defendant. | CIVIL ACTION NO. 1:14-cv-1516-WSD <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY on this 13th day of August, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

    This 13th day of August, 2014.

       Respectfully submitted,

By: /s/ Steven G. Hill
   Steven G. Hill
   Georgia Bar No. 354658

   *Attorney for Plaintiff and*
   *Counterclaim Defendant*