# EXHIBIT A

| Term(s) | Claim | Construction |
|---|---|---|
| analyzing the signed monetary transaction document for the presence of a signature | '696 Patent, Claim 15 | determining whether there is a signature on the signature line of the check or money order |
| intelligent character recognition engine(s); ICR Engine | '600 Patent, Claim 6; '696 Patent, Claim 8; '948 Patent, Claim 7 | a software engine employing recognition intelligence comprising a neural network trained by exposure to character training sets |
| reader | '625 Patent, Claims 15 and 17; '600 Patent, Claim 1; '948 Patent, Claims 1 and 9 | no construction required |
| acceptance of deposit; acceptance of deposit indicator | '600 Patent, Claim 1; '696 Patent, Claim 1 | no construction required |
| ascertain(s) an apparent signature | '948 Patent, Claims 1 and 2; '600 Patent, Claim 1; '696 Patent, Claim 1 | to discover the presence of a person's cursive signature in the signature field |
| transactional operator | '625 Patent, Claim 15 | a computer within an automated banking system that, after deposit of sufficient cash, permits the user to perform the requested transaction |
| legal amount recognition engine(s) | '600 Patent, Claim 6; '696 Patent, Claim 8; '948 Patent, Claim 7 | a software engine employing recognition intelligence comprising a neural network trained by exposure to character training sets for identifying the legal amount of an instrument |

| Term(s) | Claim | Construction |
|---|---|---|
| valid signature | '625 Patent, Claim 15 | a cursive signature determined to be a signature with characteristics consistent with the cursive signature of a qualified user |
| valid | '696 Patent, Claim 1 | being a cursive signature with characteristics consistent with the cursive signature of a qualified user |
| validate the document | '600 Patent, Claim 1 | determination that the check or money order bears a cursive signature with characteristics consistent with the cursive signature of the qualified user |
| validity of the document | '948 Patent, Claim 1 | determination that the check or money order bears a cursive signature with characteristics consistent with the cursive signature of the qualified user |
| means for evaluating a cursive signature on the document and for confirming that the signature is acceptable | '625 Patent, Claim 1 | 35 U.S.C. § 112(f)<br><br>Function: evaluating a cursive signature on the document and determining that the cursive signature on the check has characteristics consistent with the cursive signature of a qualified user<br><br>Structure: indefinite under 35 U.S.C. § 112(b) |
| means for generating image data from the front and back of the document | '625 Patent, Claim 1 | Claim invalid; not construed |
| means for reading the amount of the document | '625 Patent, Claim 1 | Claim invalid; not construed |

| Term(s) | Claim | Construction |
|---|---|---|
| means for entering data including the monetary amount about a document to be processed | '625 Patent, Claim 1 | Claim invalid; not construed |
| a cash dispenser operated upon acceptance by the evaluating means of the signature to dispense cash automatically to the user | '625 Patent, Claim 1 | Claim invalid; not construed |
| cashing system | '625 Patent, Claim 1 | machine that provides cash, during a single ATM session, up to the amount of the instrument presented |
| cashed | '625 Patent, Claim 15 | provide cash, during a single ATM session, up the amount of the instrument presented |
| qualified user / user as being qualified to use the machine | '625 Patent, Claims 1 and 15; '948 Patent, Claim 1; '600 Patent, Claim 1; '696 Patent, Claim 1 | a user of the ATM whose identity is evaluated using recognition feature data, such as voice, facial, retinal, fingerprint, signature features or the like, and/or a personal identification number presented by the user |
| a card having an intelligence associated therewith | '600 Patent, Claim 1; '696 Patent, Claim 1; '948 Patent; Claim 1 | an ATM card with embedded validation intelligence, such as a microchip, or which is accompanied by validation intelligence such as biometric validation or inputting of a PIN for validation |

3

4

| Term(s) | Claim | Construction |
|---|---|---|
| document scanner; scanning; scanned | '600 Patent, Claim 1; '696 Patent, Claim 1; '948 Patent; Claim 1 | Document scanner: an optical device used to put images from a piece of paper into digital form by sweeping across the image<br><br>Scanning: using an optical device to put images from a piece of paper into digital form by sweeping across the image<br><br>Scanned: used an optical device to put images from a piece of paper into digital form by sweeping across the image |
| confidence level | '600 Patent, Claim 6; '696 Patent; Claims 1, 2, and 6; '948 Patent, Claim 7 | a numeric expression or value reflecting a degree of certainty |

4