IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAPITAL SECURITY SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 1:14-CV-01516-WSD ) ) JURY TRIAL DEMANDED |
| NCR CORPORATION, SUNTRUST BANKS, INC. AND ITS SUBSIDIARY, SUNTRUST BANK, | ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANT NCR CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Paragraph 14 of the August 14, 2014 Protective Order (D.I. 29), Defendant NCR Corporation ("NCR") respectfully moves this Court for leave to file the following deposition transcripts, including exhibits, under seal:

1. March 5, 2015 Deposition of Robin H. Gustin;

2. March 6, 2015 Deposition of Robin H. Gustin;

3. April 24, 2015 Deposition of Robin H. Gustin, and

4. December 16, 2016 Deposition of Chandrajit Bajaj.

The foregoing deposition transcripts and exhibits contain material that has been designated by NCR, and material that has been designated by Plaintiff Capital

Security System, Inc., as "Confidential" or "Attorneys' Eyes Only." NCR requests that these depositions maintain their confidential designations because they contain or reflect confidential and/or proprietary NCR and third party information related to the operation and/or functionality of the Accused Products, and because pursuant to the Protective Order, NCR is obligated to maintain the confidentiality of the information designated by Plaintiff.

Respectfully submitted, this 12th day of January, 2017.

/s/ Rachel F. Gage
Jeremy U. Littlefield
GA Bar No. 141539
Rachel F. Gage
GA Bar No. 547982
ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC
999 Peachtree Street NE, Suite 1120
Atlanta, Georgia 30309-3996
Telephone: (678) 701-9381
Facsimile: (404) 856-3250
jlittlefield@robbinsfirm.com
rgage@robbinsfirm.com

Stephen E. Baskin (admitted *pro hac vice*)
VA Bar No. 47567/DC Bar No. 456015
Michael L. Lindinger (admitted *pro hac vice*)
IL Bar No. 6293232/DC Bar No. 982228
Dara M. Kurlancheek (admitted *pro hac vice*)
NY Bar No. 4701181/DC Bar No. 1020381
Marcia K. McCarthy (admitted *pro hac vice*)
VA Bar No. 39801/DC Bar No. 453785
MAYER BROWN LLP

1999 K Street, NW
Washington DC, 20006
Telephone: (202) 263-3364
Facsimile: (202) 263-5365
sbaskin@mayerbrown.com
mlindinger@mayerbrown.com
dkurlancheeck@mayerbrown.com
mmccarthy@mayerbrown.com

Cliff A. Maier (admitted *pro hac vice*)
CA Bar No. 248858
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cmaier@mayerbrown.com

*Attorneys for Defendants/Counterclaim-Plaintiffs NCR Corporation, SunTrust Banks, Inc., and SunTrust Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing **DEFENDANT NCR CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

>  */s/ Rachel F. Gage*
> Jeremy U. Littlefield
> GA Bar No. 141539
> Rachel F. Gage
> GA Bar No. 547982
> ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC
> 999 Peachtree Street NE, Suite 1120
> Atlanta, Georgia 30309-3996
> Telephone: (678) 701-9381
> Facsimile: (404) 856-3250
> jlittlefield@robbinsfirm.com
> rgage@robbinsfirm.com