# Rachel Gage

**From:** Robn Gustin <rhgcss@aol.com>
**Sent:** Thursday, June 21, 2018 8:37 AM
**To:** Rachel Gage
**Subject:** Fwd: Address on your motionRe: CSSI vs NCR et al

Please see this is done today.

Robin Gustin

> From: rhgcss@aol.com
> To: Christopher.Murphy@ncr.com, alan@ziblaw.com
> Sent: 6/20/2018 2:02:45 PM Eastern Standard Time
> Subject: Address on your motionRe: CSSI vs NCR et al
>
> Dear Chris
>
> The address in the Motion is my correct address.  It was done purposefully.
>
> Since the NCR litigation has started the security of my family has been challenged more then once.
>
> Please have my address immediately removed from the Motion for security reasons.
>
> Thank you.
>
> Kind regard
> Robin

## Rachel Gage

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, June 20, 2018 9:54 AM |
| **To:** | Rachel Gage |
| **Subject:** | FedEx Shipment 772515217863 Delivered |

# Your package has been delivered
## Tracking # 772515217863

**Ship date:**
**Tue, 6/19/2018**

**Rachel Gage**
The Robbins Firm
Atlanta, GA 30309
US



Delivered

**Delivery date:**
**Wed, 6/20/2018 9:52 am**

Capital Security Systems, Inc.
c/o Robin Gustin
33 SE 8th Street, #119
BOCA RATON, FL 33432
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 772515217863 |
| **Status:** | Delivered: 06/20/2018 09:52 AM Signed for By: Signature not required |
| **Reference:** | 26565.0001 R.GAGE |
| **Signed for by:** | Signature not required |
| **Delivery location:** | BOCA RATON, FL |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Priority Overnight |
| **Packaging type:** | Your Packaging |
| **Number of pieces:** | 1 |
| **Weight:** | 1.00 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 6/20/2018 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:53 AM CDT on 06/20/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

2