# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

JUL 06 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

1:14-CV-01516-WSD

1:14-CV-3370-WSD

1:14-CV-3371-WSD

CAPITAL SECURITY SYSTEMS, INC

PLAINTIFF

NCR CORPORATION-SUNTRUST

STAYED CASES – CAPITAL ONE

ABNB CREDIT UNION

DEFENDANT

---

## MOTION FOR NEW COUNSEL TO ENTER AN APPEARANCE ON JULY 9, 2018

DEAR HONORABLE JUDGE DUFFY

I HAVE WORKED AROUND THE CLOCK TO FIND NEW COUNSEL TO ADDRESS THE REMAINING ISSUES ON THIS CASE. THE LARGER FIRMS LIKE BLANK ROME, BROWN RUDNICK AND MAYER BROWN HAVE CONFLICTS THROUGH PRIOR MERGERS AND/OR NEW HIRES.

CSSI HAS FOUND LOCAL COUNSEL AND OTHER COUNSEL TO ENTER AN APPEARANCE ON JULY 9, 2018. THAT IS WHEN LOCAL COUNSEL IS BACK IN ATLANTA. PLEASE SEE EMAIL.

THANK YOU FOR YOUR PATIENCE.

KIND REGARD,

*Robin Gustin*
ROBIN GUSTIN – PRESIDENT CSSI

**Subject:** RE: Lacey and new matter
**Date:** 6/29/2018 6:54:16 PM Eastern Standard Time
**From:** alan@lawyersfunding.com
**To:** landerson@atltechlaw.com
**Cc:** rhgcss@aol.com

1:14-CV-01516-WSD

Luke :

Sounds like a trip I would like. We love CO. What town ( assuming you even get this ) ?

We are before Judge Duffy. I just want to enter an appearance and will have no imposed deadlines. Judge wants client to have counsel to review and execute closing documents on a case she lost. We want to be careful to reserve other claims and parties. I will call you on July 9

**From:** landerson@atltechlaw.com <landerson@atltechlaw.com>
**Sent:** Friday, June 29, 2018 6:33 AM
**To:** Alan Zibelman <alan@lawyersfunding.com>
**Subject:** RE: Lacey and new matter

Alan: What are your time requirements. I'm headed to the airport now for some much needed, and overdue, vacation. I will be out all of next week. I'm headed to a remote section of Colorado with limited to no cell / internet service. I will be back in the office July 9th. Thanks,



**LUKE ANDERSON**
404-991-2241 (Direct Dial)
404-791-7762 (Cell)
404-935-0927 (Fax)
1230 Peachtree St., NE; Suite 1900, Atlanta, GA 30309
Landerson@atltechlaw.com
www.atltechlaw.com
Professional Profile

**Confidentiality Notice:**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404-991-2241, and destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Alan Zibelman <alan@lawyersfunding.com>
**Sent:** Friday, June 29, 2018 1:57 AM

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS™

FASTEST SERVICE IN THE U.S.



1007  30303

AMOUNT
$27.45
R2305K143038-1007

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 561 ) 714-2546
Capital Security Systems Inc.
Robin Gustin
33 SE 8th street #119
Boca Raton Fl. 33432



EE 141570375 US

UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS™



CLEARED JUL -2 2018 U.S. Marshals Atlanta GA

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( 404 ) 215-1484
Clerk of Court - Benjamin Thurman
United States District Court
2211 United States Courthouse
75 Spring Street S.W.
Atlanta Georgia
ZIP + 4® (U.S. ADDRESSES ONLY)
3 0 3 0 3 - 3 3 6 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

RETURN RECEIPT REQUESTED

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 33432
Scheduled Delivery Date (MM/DD/YY): 7/2/18
Postage: $ 24.70
Date Accepted (MM/DD/YY): 6/30/18
Scheduled Delivery Time: ☐ 10:30 AM  ☒ 3:00 PM  ☐ 12 NOON
Insurance Fee: $
COD Fee: $
Time Accepted: 12:04 ☐ AM ☒ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $ 2.75
Live Animal Transportation Fee:
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 27.45
Weight: 1 lbs. 8 ozs.   ☐ Flat Rate
Acceptance Employee Initials: DW

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   1-ORIGIN POST OFFICE COPY



MAILED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED





2013  OD: 12.5 x 9.5



01000006

VISIT US
ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013